UNITED STATES of America, Plaintiff–Appellee,

v.

Shaquan LOVELY, Defendant–Appellant.

No. 01–7254.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 16, 2001.

Shaquan Lovely, pro se. Jane Barrett Taylor, Office of the United States Attorney, Columbia, SC, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Shaquan Lovely seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001), and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dis-miss the appeal on the reasoning of the district court. *See United States v. Lovely,* Nos. CR–98–247; CA–00–3577–3 (D.S.C. Apr. 26, 2001; July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*